## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Frank Colotto,

                    Plaintiff,

v.

Arias, *et al.*,

                    Defendants.

Case No.: 2:25-cv-01107-APG-EJY

**ORDER**

The Court notes mail sent to Plaintiff on February 13, 2026 has been returned undeliverable with a note that Plaintiff is housed at Northern Nevada Correctional Center.  ECF No. 4.  Plaintiff, who is appearing *pro se*, must maintain an accurate address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1.  This Rule states that *pro se* party must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number."  Failure to do so "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  *Id.*  In light of the note on Plaintiff's returned mail, the Court will send a courtesy copy of this Order to Plaintiff at Northern Nevada Correctional Center and direct him to file his updated address with the Court by **March 19, 2026**.  If Plaintiff does not do so, this case will be subject to dismissal without prejudice.

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff must file his updated address with the Court by **March 19, 2026**.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with the terms of this Order may result in a recommendation to dismiss this matter without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is to send a courtesy copy of this Order and the Court's February 13, 2026 Order (ECF No. 3) to Plaintiff at Northern Nevada Correctional Center.

Dated this 19th day of February, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1