AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK COLOTTO, | Case No. 2:25-cv-01107-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| ARIAS, *et al.*, | |
| Defendants. | |

Plaintiff, Frank Colotto, pro se, and Defendants, Arias, Moca, Daken, Gonzalez, and R. Linford, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 10th day of April, 2026.

By:_____
Frank Colotto #1016049
*Plaintiff, Pro se*

IT IS SO ORDERED:

Dated:__May 4, 2026_____

DATED this 10th day of April, 2026.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone, Jr.*_____
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Page 1 of 1